IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHANNON MYLES,

     Appellant,

 v.

                            Case No. 5D23-1136
                            LT Case Nos. 1998-CF-1012
                                           1998-CF-1013
                                         1998-CF-1014

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 9, 2023

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Shannon Myles, Indiantown, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., MAKAR and HARRIS, JJ., concur.